James F. Hall, appellee, v. Mamie E. Hall, appellant. Gen. No. 25,201.

Suit for divorce on ground of adultery. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed December 8, 1919. Rehearing denied December 22, 1919.

Charles E. Erbstein and Charles P. R. Macaulay, for appellant. Cantwell, Smith & Cantwell, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Pocahontas Coal Company, appellee, v. Lee J. Lesser, appellant. Gen. No. 25,214.

Action to recover for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the March term, 1919. Affirmed with statutory damages. Opinion filed December 8, 1919.

Lurie & Fishell, for appellant; Morris K. Levinson, of counsel. Henry M. Hagan, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Central Electric Company, appellee, v. The Fidelity and Casualty Company of New York, appellant. Gen. No. 24,674.

Action to recover on health insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed December 8, 1919. Rehearing denied December 22, 1919. McSurely, P. J., specially concurring.

Winston, Strawn & Shaw, for appellant; Edward W. Everett, of counsel. Jones, Addington, Ames & Seibold, for appellee; Isaac B. Lipson, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

Mary J. Killen, administratrix of the estate of Charles T. Killen, deceased, plaintiff, v. H. Edgerton Vance, executor of the last will and testament of J. Nelson Vance, deceased, defendant-appellant, and Chauncey Dewey, interpleader-appellee. Gen. No. 25,024.

Bill of interpleader to determine ownership of fund. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded with directions. Opinion filed December 8, 1919. Rehearing denied and opinion slightly modified December 22, 1919.

Wilson, Moore & McIlvaine, for appellant; N. G. Moore, of counsel. Busby, Weber, Miller & Donovan, for appellee.

Mr. Justice Dever delivered the opinion of the court.